Amy Joseph Pedersen, OSB No. 853958
ajpedersen@stoel.com
Robin B. Bowerfind, OSB No. 035949
rbbowerfind@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

FILED '07 DEC 27 09:42 USDC-ORP

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| U.S. EPPERSON UNDERWRITING COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>AON GROUP, INC., an Illinois corporation, and MATTHEW GOUGHNOUR,<br><br>Defendants. | CV No. 07-1846-HA<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

This matter having come on for hearing on Plaintiff U.S. Epperson Underwriting Company's ("Epperson" or plaintiff) motion for a temporary restraining order and order to show cause why a preliminary injunction should not issue against defendants Aon Group, Inc. ("Aon") and Matthew Goughnour ("Goughnour"), this Court makes the following preliminary findings of fact and conclusions of law: 12/27/07

1. Plaintiff is likely to achieve success on the merits of its claim in that the plain and unambiguous language of the non-solicitation provision of his Employment Agreement prohibits

him from soliciting, procuring or accepting an insurance contract with an Epperson customer located within the geographic territory to which he was assigned;

2.      Plaintiff will suffer irreparable injury should a temporary restraining order not issue based upon the potential that Goughnour may continue to solicit Epperson customers in the Oregon and Western Washington territories to which he was assigned while working at Epperson;

3.      Plaintiff has a protectable interest in its relationship with all its clients irrespective of whether Goughnour served those clients when he was employed by Epperson; and

4.      The balance of hardships tips in favor of plaintiff.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.      Effective immediately and until otherwise ordered by the Court, Defendant Matthew Goughnour is enjoined from directly or indirectly procuring, soliciting or accepting a contract of insurance with any Epperson customer with whom Epperson had a relationship within two years of his termination in the Oregon or western Washington geographic territories, with the exception that Goughnour is not restrained from contacting Wood Resources concerning the present policy renewals, *including servicing any needs of Wood Resources arising from the States of AON and Songanet as broker for Wood Resources*;

2.      Effective immediately and until otherwise ordered by the Court, Defendant Matthew Goughnour is enjoined from directly or indirectly procuring or soliciting a contract with any Epperson customer which he serviced during his employment with Epperson; *AH 12/27/07*

3.      Plaintiff shall file with this Court a bond in the amount of fifty thousand dollars ($50,000) by noon on December 21, 2007;

4.      Counsel for Defendant shall immediately inform Aon and Goughnour of this Court's order; and

5.  The parties shall submit a joint status report to Judge Haggerty by noon on Monday, January 8, 2008, detailing a case management plan and submitting a proposed protective order.

IT IS SO ORDERED:

DATED this 27th day of December, 2007, *nunc pro tunc December 20, 2007, when this Order was made from the bench in open court.*

_____
Anna Brown
United States District Court Judge

Presented by:

By: _____
Amy Joseph Pedersen, OSB No. 85395
Robin B. Bowerfind, OSB No. 035949

Of Attorneys for Plaintiff U.S. Epperson
   Underwriting Company

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** on the following named person(s) on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ email

X notice of electronic filing using the CM/ECF system

to said persons a true copy thereof, contained in a sealed envelope, addressed to said persons at their last-known addresses indicated below.

> David P.R. Symes
> Steven M. Feldman
> Kevin M. Sali
> Perkins Coie LLP
> 1120 NW Couch Street, 10th Floor
> Portland, OR 97209

DATED: December 21, 2007.

STOEL RIVES LLP

/s/ Amy Joseph Pedersen
Amy Joseph Pedersen, OSB No. 853958
ajpedersen@stoel.com
Robin Bowerfind, OSB No. 035949
rbbowerfind@stoel.com
Telephone: (503)-224-3380

Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE